478 A.2d 59

Commonwealth v. Mercado, Appellant.

Petition for Allowance of Appeal
Denied Jan. 7, 1985.

Argued March 28, 1984. John P. Lawler, for appellant; James F. Marsh, District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and McEWEN, JJ.

Judgment of sentence affirmed.

478 A.2d 59

Commonwealth v. Montalbo, Appellant.

Submitted April 16, 1984. Peter Levin, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before MONTEMURO, CERCONE and HESTER, JJ.

Judgment of sentence affirmed.